01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  SHAUN WILEY,                         )
                                         )
09          Petitioner,                  )   CASE NO. C12-704-RAJ-JPD
                                         )
10     v.                                )
                                         )   REPORT AND RECOMMENDATION
11  AUBURN MUNICIPAL COURT, *et al*.,    )
                                         )
12          Respondents.                 )
                                         )

13

14     On April 23, 2012, petitioner Shaun Wiley submitted to this Court for filing a proposed

15 petition for writ of habeas corpus together with an application to proceed with this action *in

16 forma pauperis* ("IFP application"). (*See* Dkt. No. 1.) On the same date, the Clerk sent

17 petitioner a letter advising him that his IFP application was deficient because he failed to submit

18 a certified copy of his prison trust account statement showing transactions for the last six

19 months. (Dkt. No. 3.) Petitioner was advised that his failure to correct the specified

20 deficiency by May 23, 2012 could result in dismissal of this case. (*Id*.) To date, petitioner has

21 not responded in any fashion to the Clerk's letter.

22

As plaintiff has had ample time to correct the deficiency in his IFP application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 14th day of June, 2012.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge