UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUN WILEY,<br><br>                     Petitioner,<br><br>   v.<br><br>AUBURN MUNICIPAL COURT, *et al*.,<br><br>                    Respondents. | Case No. C12-704-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This federal habeas action is DISMISSED without prejudice for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this19th day of July, 2012.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1